**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**BRANDON FLOYD,**                                          **:**

          **Petitioner,**              **:**          **Case No. 2:08-cv-704**

    **v.**                                              **:**          **Judge Holschuh**

**WARDEN, NOBLE**                                   **:**          **Magistrate Judge Kemp**
**CORRECTIONAL INSTITUTION,**

          **Respondent.**                               **:**

                                                   **:**

## ORDER

On February 9, 2010, Magistrate Judge Kemp issued a Report and Recommendation, recommending that this action be dismissed. (Doc. 11). The parties were advised of their right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed within the time allotted. Accordingly, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** this case.

**IT IS SO ORDERED.**


Date: February 26, 2010                                    **/s/ John D. Holschuh**
                                                                        John D. Holschuh, Judge
                                                                        United States District Court