# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRANDON FLOYD, | : | |
| Petitioner, | : | Case No. 2:08-cv-704 |
| v. | : | Judge Holschuh |
| WARDEN, NOBLE CORRECTIONAL INSTITUTION, | : | Magistrate Judge Kemp |
| | : | |
| Respondent. | : | |

## ORDER

On February 9, 2010, Magistrate Judge Kemp issued a Report and Recommendation, recommending that this action be dismissed. (Doc. 11). The parties were advised of their right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed within the time allotted. Accordingly, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** this case.

**IT IS SO ORDERED.**

Date: February 26, 2010     **/s/ John D. Holschuh**
                            John D. Holschuh, Judge
                            United States District Court